IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR255 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANTHONY MOSES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue (filing 60) is granted.

(2) Defendant Moses' revocation hearing is rescheduled to Friday, September 11, 2009, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated August 6, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge