IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR255 |
| | ) | |
| V. | ) | |
| | ) | |
| ANTHONY E. MOSES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    On September 29, 2009, I found that the defendant violated his conditions of supervised release after he admitted the essential allegations of the petition. Based upon the recommendation of the probation officer,

    IT IS ORDERED that the defendant's term of supervised release is not revoked but that term is continued in full force and effect pursuant to the judgment previously entered. The defendant shall remain under supervised release until May 20, 2010. The Clerk shall terminate the petition. (Filing 53.)

    DATED this 29th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge